No. 12–5659.  MORRIS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–5660.  PEMBERTON v. JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 12–5669.  WISE v. HILL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5670.  ZAKAT v. BUREAU OF ADMINISTRATIVE ADJUDICATION.  Commw. Ct. Pa.  Certiorari denied.

No. 12–5671.  CARTER v. SMITH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–5673.  DAVIS v. LUDGATE, JUDGE, COURT OF COMMON PLEAS, 23D JUDICIAL DISTRICT, BERKS COUNTY, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–5675.  BACCUS v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–5676.  WILLIAMS v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 12–5677.  TEAGUE v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION.  Ct. App. N. C.  Certiorari denied.

No. 12–5678.  GOULD v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 12–5681.  SCRASE v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 12–5695.  O'BRYANT v. FINCH.  C. A. 11th Cir.  Certiorari denied.

No. 12–5698.  PARHAM v. WARREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.